Olinsky Law Group®
A NATIONAL DISABILITY LAW FIRM

www.windisability.com
1-888-WIN-SSDI

250 S Clinton St Ste 210
Syracuse, NY 13202

11875 High Tech Ave Ste 100B
Orlando, FL 32817

Telephone: 315-701-5780, Fax: 315-701-5781

*Document Electronically Filed*
Hon. Nelson S. Roman
United States District Judge
United States District Court for the
Southern District of New York
The Hon. Charles L. Brieant, Jr.
Federal Building and United States Courthouse
300 Quarropas Street
White Plains, NY 10601-4150

February 11, 2026

| |
|---|
| USDC SDNY |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #: _____ |
| DATE FILED: 2/11/2026 _____ |

Re:     Baron v. Commissioner of Social Security
Docket No: 7:25-cv-08052-NSR

Hon. Judge Roman:

This letter respectfully requests an extension of time of seventy-five (75) days for Plaintiff to file Plaintiff's Brief in this matter, to April 20, 2026. Plaintiff's Brief is currently due on February 19, 2026; however, Plaintiff cannot complete the Brief on time for the reasons detailed below.

Counsel requests this extension due to multiple, simultaneous filing deadlines. Counsel requires additional time to prepare Plaintiff's brief properly and thoroughly. For instance, between February 6 and May 1, 2026, staff in Counsel's office have three hundred and two (302) Plaintiff briefs due. This figure does not include briefings which will be due after the filing of Administrative Records throughout this timeframe, Oral Arguments, appeals to Circuit Courts, Reply Briefs, settlement negotiations, and the various other tasks which arise throughout the course of litigation. These circumstances do not allow Plaintiff's Counsel to properly prepare the brief by the current deadline. Counsel's firm recently lost a briefing attorney, necessitating Counsel adjust the firm's scheduling to redistribute and integrate briefing into the attorney's schedules.  Further, Counsel's firm is in the process of hiring and training additional attorneys to assist with the increased workload. This request will not cause Defendant any undue hardship. This extension is needed to prepare the brief thoroughly and properly.

Plaintiff's counsel has contacted Defense Counsel, who kindly consents to this request and has agreed to the briefing schedule below. This request will not cause Defendant any undue hardship. The parties have agreed on the briefing schedule below. This is Plaintiff's first request for an extension of time.

If Plaintiff's request is granted, the new briefing schedule would be:

- **Plaintiff's Brief is due on or before May 5, 2026;**
- **Defendant's Brief is due on or before July 20, 2026; and**
- **Plaintiff's Reply Brief, if any, is due on or before August 3, 2026.**

*See* **Pg. 2**

MEMO ENDORSED



250 S Clinton St Ste 210
Syracuse, NY 13202

11875 High Tech Ave Ste 100B
Orlando, FL 32817

Telephone: 315-701-5780, Fax: 315-701-5781

www.windisability.com
1-888-WIN-SSDI

Thank you for your consideration.

Respectfully submitted,

*/s/ Howard D. Olinsky*
Howard D. Olinsky, Esq.
Counsel for Plaintiff

CC [via ECF]: Candace Brown Casey, Esq., Attorney for

Defendant **SO ORDERED.**

Dated: February 11, 2026
      White Plains, NY

**U.S. District Judge**

**The Clerk of Court is kindly directed to terminate the motion at ECF No. 9.**